FILED

MAY - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jim Fitch, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 08-0090 |
| William K. Suter *et al.*, | ) |
|       Defendants. | ) |

### DISMISSAL ORDER

The Court provisionally filed the above-captioned action. Before it could rule on plaintiff's application to proceed *in forma pauperis*, in which he states that he is incarcerated, the Court required additional information. Plaintiff was ordered to provide within 30 days a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint obtained from the appropriate official of each prison at which he is or was confined, or suffer dismissal of the case. *See* Order (Jan. 17, 2008). Plaintiff has not complied with the Court's directive. Accordingly, it is this ____ day of May 2008,

ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. No. 2] is DENIED; and it is

FURTHER ORDERED that this action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the Court's Order and with the requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915.

                                                      _____
                                                      United States District Judge

